No. 91–471. CHEMICAL WASTE MANAGEMENT, INC. *v.* HUNT, GOVERNOR OF ALABAMA, ET AL. Sup. Ct. Ala. Motions of American Iron & Steel Institute et al. and Hazardous Waste Treatment Council et al. for leave to file briefs as *amici curiae*

granted. Certiorari granted limited to Question 1 presented by the petition.